# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-117 (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Bradley Wilford Senogles, | |
| Defendant. | |

Kimberly A. Svendsen, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Mark D. Larsen, Esq., Lindquist & Vennum PLLP, counsel for Defendant.

---

This matter is before the Court upon the objections of Defendant Bradley Wilford Senogles ("Defendant") (Doc. No. 58) to the Report and Recommendation dated July 8, 2008 of Chief Magistrate Judge Raymond L. Erickson (Doc. No. 56), which recommends denying Defendant's Motion to Dismiss Indictment (Doc. No. 21) and Motion to Suppress Statements, Admissions and Answers (Doc. No. 28); and denying Defendant's Motion to Suppress Evidence Derived From Searches and Seizures (Doc. No. 27) as moot.

The Court has conducted a *de novo* review of the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(B)(3), and Local Rule 72.2(b). The Court has also considered *U.S. v. May*, No. 07-3515, 2008 WL 2917766 (8th Cir.

July 31, 2008). The factual background for this matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference herein.

Based on its *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised of the premises, this Court agrees with the decision of Chief Magistrate Judge Erickson and the Court hereby enters the following:

## ORDER

1. Defendant's Objections to Magistrate Judge's Report and Recommendation (Doc. No. 58) are **DENIED**.

2. The Report and Recommendation of Chief Magistrate Judge Raymond L. Erickson dated July 8, 2008 (Doc. No. 56) is **ADOPTED**.

3. Defendant's Motion to Dismiss Indictment (Doc. No. 21) is **DENIED**.

4. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 28) is **DENIED**.

5. Defendant's Motion to Suppress Evidence Derived from Searches and Seizures (Doc. No. 27) is **DENIED, AS MOOT**.


Dated: August 1, 2008					s/Donovan W. Frank
							DONOVAN W. FRANK
							Judge of United States District Court